IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:23 mj 00028 |
| | ) | |
| v. | ) | |
| | ) | **MISDEMEANOR INFORMATION** |
| | ) | |
| JOHNATHAN PATRICK DOWDY | ) | **In Violation of:** |
| | ) | |
| | ) | 18 U.S.C. § 924(a)(3)(A) |
| | ) | |

## COUNT ONE

The United States Attorney charges:

1. That on or about June 16, 2021, in the Western Judicial District of Virginia, the defendant, JOHNATHAN PATRICK DOWDY, then a federally licensed firearms dealer, did knowingly make a false statement or representation with respect to the information required by law to be kept in the records of a person who is so licensed.

2. All in violation of Title 18, United States Code, Section 924(a)(3)(A).

*[signature]*
for
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

FILED IN OPEN COURT.
DATE  3/8/2023
BY _[signature]_
DEPUTY CLERK
Rke DIVISION, W.D. of VA

1