UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA     :
                             :
v.                           :   Case No. 7:23_mj_00028
                             :
JOHNATHAN PATRICK DOWDY      :

## AGREED STATEMENT OF FACTS

The events leading to Count One of the Information occurred on June 16, 2021, in Franklin County, in the Western District of Virginia.

At that time, Mr. Dowdy was a federally licensed firearms dealer operating a business selling firearms located in Boones Mill, in Franklin County. Federally licensed firearms dealers are required to keep and maintain certain records pertaining to the purchase and sale of firearms by their business. These records are routinely audited by inspectors working for the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

On May 14, 2021, Mr. Dowdy had undergone such an audit, and had been unable to produce records properly documenting the purchase and sale of a number of firearms through his business. Inspectors gave him an opportunity to correct his records, and agreed to return later to verify that he had resolved the various discrepancies.

When inspectors and agents returned on June 16, 2021, they spoke to Mr. Dowdy and again reviewed Mr. Dowdy's records. It quickly became apparent that Mr. Dowdy had attempted to resolve the discrepancies by making false entries in the records that he

was required to keep. When confronted, he admitted that he knowingly and intentionally made false statements in these records.

    I agree that this is a correct statement of the facts that the United States would have proved, had this matter gone to trial.

_____
Johnathan Patrick Dowdy
Defendant

_____                      _____
John Weber, Esq.                                                              Assistant United States Attorney
Counsel for Defendant